**Order filed November 17, 2020**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-20-00701-CV
_____

## IN THE INTEREST OF D.Z., A CHILD

**On Appeal from the 507th District Court
Harris County, Texas
Trial Court Cause No. 2010-45577**

## O R D E R

The notice of appeal in this case was filed October 13, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant, Y.R., is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 30, 2020.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.